United States Court of Appeals

FOR THE EIGHTH CIRCUIT

_____

No. 96-2397

_____

Ralph Nesbitt,      *
                    *
      Appellant,    *
                    *   Appeal from the United States
      v.      *     District Court for the Eastern
                    *   District of Arkansas.
James Tucker, Individually and   *
In His Official Capacity As A    *          [UNPUBLISHED]
Forrest City Police Officer;     *
Forrest City Police Department;  *
and City of Forrest City,        *
Arkansas,                        *
                                 *
      Appellees.                 *


_____

Submitted:  January 17, 1997

Filed:  April 14, 1997

_____

Before LOKEN and MORRIS SHEPPARD ARNOLD, Circuit Judges, and GUNN,[1]
      District Judge.

_____

PER CURIAM.

      Arguing that a genuine issue of a material fact does exist, Ralph
Nesbitt appeals the district court's[2] grant of summary judgment against him
in his 42 U.S.C. § 1983 action.  After careful review of the record and the
parties' briefs, we conclude that

_____

      [1]The Honorable George F. Gunn, Jr., United States District
Judge for the Eastern District of Missouri.

      [2]The Honorable James M. Moody, United States District Judge
for the Eastern District of Arkansas.

summary judgment was proper.  Because a thorough opinion would lack precedential value, we affirm without additional discussion.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.